UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 20-cr-20484
    Hon. Matthew F. Leitman

LORENZO A. PACHECO,

    Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS (ECF No. 19.)

On October 7, 2020, Lorenzo A. Pacheco was indicted on charges of Felon in Possession of Ammunition under 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm under 18 U.S.C. § 922(g)(1), and Possession of Unregistered Short-Barreled Shotgun under 26 U.S.C. § 5861(d). (*See* Indictment, ECF No. 1.) On December 3, 2020, the Court appointed counsel for Pacheco. (*See* Notice of Appearance, ECF No. 18.) Although Pacheco is represented by counsel, he filed a *pro se* Motion to Dismiss on December 8, 2020. (*See* Mot., ECF No. 19.) In this motion, Pacheco seeks dismissal of the indictment on the ground his prosecution is barred by the Tenth Amendment. (*See id.*) As presented by Pacheco, this argument has no merit. For that reason, Pacheco's Motion to Dismiss is **DENIED.**

1

However, if Pacheco's appointed counsel believes there is merit to this argument, and that it can be further developed, counsel may renew the motion and support it with additional legal authority.

**IT IS SO ORDERED**.

                                                          s/Matthew F. Leitman                           
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2020

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2020, by electronic means and/or ordinary mail.

                                                          s/Holly A. Monda                                  
                                                          Case Manager
                                                          (810) 341-9764